UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 7

| | |
|---|---|
| CRUISE CAR, INC.<br><br>       Plaintiff,<br><br>  v.<br><br>UNITED STATES<br><br>       Defendant. | Court No. 20-03933<br>and Attached Schedule |

## NOTICE OF DISMISSAL

  **PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated:   July 31, 2024

                     William M. Hedrick
                     Attorney for Plaintiff

                     8529 Parlange Woods Ln.
                        Street Address

                     Wake Forest, NC 27587
                     City, State and Zip Code

                       (919) 809-7671
                        Telephone No.

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 20-03933 | Cruise Car, Inc. | 270420134239<br>520120101492<br>520120101689<br>520120101690 | ES3-2538851-1<br>ES3-2537601-1<br>ES3-2539338-8<br>ES3-2540650-3 |

Order of Dismissal

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: August 1, 2024

Clerk, U. S. Court of International Trade

By: /s/ Giselle Almonte
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)